IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN HIGHTOWER,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | Case No. 25-cv-1078<br><br>District Judge April M. Perry<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Pursuant to the Court's June 10, 2025 Minute Order (Dkt. 29), Plaintiff Brian Hightower and Defendant Union Pacific Railroad Company (together, the "Parties") respectfully submit this joint status report.

Since the submission of the prior joint status report (Dkt. 28) and the Court's corresponding June 10, 2025 Order, the Parties have continued to engage in settlement discussions. However, those discussions have recently come to an impasse and the Parties have decided to move forward with litigation. The Parties respectfully request permission to file another status report within one week (by noon on July 16, 2025) with the Parties' position(s) on any proposed adjustments to the current case management order (Dkt. 22) to account for the stay that has been entered since April 8, 2025 (Dkt. 24).

Respectfully Submitted

Dated: July 9, 2025

| | |
|---|---|
| BROWN, LLC | LATHAM & WATKINS LLP |
| By:  /s/ Nicholas Conlon | By:  /s/ Johanna Spellman (with consent) |

Nicholas Conlon (PHV)
nicholasconlon@jtblawgroup.com
Jason T. Brown (Illinois Bar No. 6318697)
jtb@jtblawgroup.com
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000

*Attorney for Plaintiff*

Johanna Spellman, One of the Attorneys for Defendant Union Pacific Railroad Company

Sean M. Berkowitz (IL Bar No. 6209701)
  sean.berkowitz@lw.com
Gary Feinerman (IL Bar No. 6206906)
  gary.feinerman@lw.com
Johanna Spellman (IL Bar No. 6293851)
  johanna.spellman@lw.com
Kathryn Running (IL Bar No. 6330369)
  kathryn.running@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Union Pacific Railroad Company*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify counsel of record.

                                                  By:   */s/ Nicholas Conlon*
                                                                     Nicholas Conlon (PHV)