IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN HIGHTOWER, | |
| Plaintiff, | Case No. 25-cv-1078 |
| v. | District Judge April M. Perry |
| UNION PACIFIC RAILROAD COMPANY, | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 17, 2025 Order (Dkt. 33), Plaintiff Brian Hightower and Defendant Union Pacific Railroad Company ("Union Pacific," and together with Plaintiff, the "Parties") respectfully submit this joint status report.

The Parties have engaged in the following discovery since the filing of their July 16, 2025 status report (Dkt. 32):

- The Parties served their initial Rule 26(a)(1) disclosures on August 6, 2025.

- The Parties served their first sets of written discovery requests on August 15, 2025.

- Union Pacific produced its first set of documents on September 3, 2025.

The Parties agreed to extend their time to respond to the written discovery requests served on August 15 through and until December 5, 2025.

On October 8, 2025, Union Pacific filed a motion to dismiss for lack of jurisdiction or, in the alternative, for summary judgment (Dkt. 34). Plaintiff's response to Union Pacific's motion is due November 5, 2025, and Union Pacific's reply is due November 19, 2025. *See* Dkt. 37.

In its motion, Union Pacific argues that the Railway Labor Act preempts Plaintiff's claims in their entirety and, in the alternative, that Union Pacific is exempt from liability under Section

1

25(e) of the Illinois Biometric Information Privacy Act ("BIPA") because it is and was a government contractor at all relevant times. Union Pacific's motion thus raises dispositive issues—whether the Court has jurisdiction and whether BIPA applies to Union Pacific at all—and if the motion is granted, this case will be dismissed. As a result, the Parties have agreed to a stay of discovery pending resolution of Union Pacific's motion, and will file a formal motion for stay if requested by the Court.

      Given Union Pacific's potentially dispositive motion, the Parties respectfully request that the Court extend their time to propose a schedule for expert discovery until after the Court rules on Union Pacific's motion.

      At this time, the Parties do not request a settlement conference with the Magistrate Judge.

Dated: October 21, 2025            Respectfully Submitted,

| BROWN, LLC | LATHAM & WATKINS LLP |
|---|---|
| By:   */s/ Nicholas Conlon (with consent)*<br>     Nicholas Conlon (PHV)<br>     nicholasconlon@jtblawgroup.com<br>     Jason T. Brown (Illinois Bar No. 6318697)<br>     jtb@jtblawgroup.com<br>     111 Town Square Place, Suite 400<br>     Jersey City, NJ 07310<br>     (877) 561-0000<br><br>     *Attorney for Plaintiff* | By:   */s/ Johanna Spellman*<br>     Johanna Spellman, One of the Attorneys for Defendant Union Pacific Railroad Company<br><br>     Sean M. Berkowitz (IL Bar No. 6209701)<br>       sean.berkowitz@lw.com<br>     Gary Feinerman (IL Bar No. 6206906)<br>       gary.feinerman@lw.com<br>     Johanna Spellman (IL Bar No. 6293851)<br>       johanna.spellman@lw.com<br>     Kathryn Running (IL Bar No. 6330369)<br>       kathryn.running@lw.com<br>     330 North Wabash Avenue, Suite 2800<br>     Chicago, Illinois 60611<br>     Telephone: (312) 876-7700<br>     Facsimile: (312) 993-9767<br><br>     *Attorneys for Union Pacific Railroad Company* |

**CERTIFICATE OF SERVICE**

    I, Johanna Spellman, hereby certify that on October 21, 2025, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

Dated:  October 21, 2025                          /s/ *Johanna Spellman*
                                                        Johanna Spellman, One of the Attorneys for
                                                        Defendant Union Pacific Railroad Company