IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN HIGHTOWER,<br><br>　Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　Defendant. | Case No. 25-cv-1078<br><br>District Judge April M. Perry<br><br>Magistrate Judge Gabriel A. Fuentes |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brian Hightower and Defendant Union Pacific Railroad Company, by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety, including all claims asserted by Plaintiff, with prejudice.

Each party shall bear its own attorneys' fees and costs, and neither party has paid or will pay any money to the other in connection with this dismissal.

Dated: November 5, 2025　　　　　　　　　　Respectfully Submitted,

BROWN, LLC　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

By:　*/s/ Nicholas Conlon*　　　　　　　　By:　*/s/ Johanna Spellman (with consent)*
　　　Nicholas Conlon (PHV)　　　　　　　　　　Johanna Spellman, One of the Attorneys
　　　nicholasconlon@jtblawgroup.com　　　　　for Defendant Union Pacific Railroad
　　　Jason T. Brown (Illinois Bar No.　　　　　Company
　　　6318697)
　　　jtb@jtblawgroup.com　　　　　　　　　　Sean M. Berkowitz (IL Bar No. 6209701)
　　　111 Town Square Place, Suite 400　　　　　　sean.berkowitz@lw.com
　　　Jersey City, NJ 07310　　　　　　　　　　Gary Feinerman (IL Bar No. 6206906)
　　　(877) 561-0000　　　　　　　　　　　　　　gary.feinerman@lw.com
　　　　　　　　　　　　　　　　　　　　　　　Johanna Spellman (IL Bar No. 6293851)
　　　*Attorney for Plaintiff*　　　　　　　　　　johanna.spellman@lw.com

1

Kathryn Running (IL Bar No. 6330369)
kathryn.running@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify counsel of record.

      *Nicholas Conlon (pro hac vice)*
      Nicholas Conlon