# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Brian Hightower
                              Plaintiff,

v.  Case No.: 1:25−cv−01078
    Honorable April M. Perry

Union Pacific Railroad Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 6, 2025:

MINUTE entry before the Honorable Gabriel A. Fuentes: The dismissal stipulation (doc. #[40]) having been filed, all dates before the magistrate judge are vacated, and the referral is terminated. Judge Honorable Gabriel A. Fuentes no longer referred to the case. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.